```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3046 |
| v. | ) | |
| | ) | |
| CHARLES IRVIN RYAN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   Upon consideration of the defendant's motion for residence in the home of his mother as third party custodian,

   IT IS ORDERED,

   The pretrial services officer shall investigate the proposal and report to the court and counsel as soon as practicable.

   DATED this 3rd day of January, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge